## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
## CIVIL ACTION NO. 3:14-CV-00633-TBR-LLK

RIMA JONES,                                                          Plaintiff,

v.

PATRICK R. DONAHOE, Postmaster General,
United States Postal Service,                                        Defendant.

## MEMORANDUM OPINION AND ORDER

Proceeding *pro se* and *in forma pauperis*, Rima Jones instituted this action against

the Postmaster General alleging employment discrimination based on her national origin,

sex, age, and disability.  *See* R. 6 at 3–4 (Complaint).  On December 16, 2015, she filed a

self-styled motion for summary judgment, which in its entirety reads:

> Defendant['s] motion to extend time is [frivolous] and
> disrespectful of judicial entities.  Defendant fail[s] to exercise [diligence]
> in projecting his duties.
>
> Plaintiff asserts her causes of action and monetary relief and relief
> referenced to complaint filed in District Court[].

R. 32 at 1 (Motion for Summary Judgment).

Although the pleadings of a *pro se* plaintiff are construed liberally, *pro se* status

does not relieve Jones of her obligations under the Federal Rules of Civil Procedure.  *See*

*Johnson v. Stewart*, No. 08-1521, 2010 WL 8738105, at *3 (6th Cir. May 5, 2010) (per

curiam).  Summary judgment is appropriate when the record, viewed in the light most

favorable to the nonmoving party, reveals "that there is no genuine dispute as to any

material fact and the movant is entitled to judgment as a matter of law."  Fed. R. Civ. P.

56(a).  As the party shouldering the ultimate burden of proof at trial, Jones must point to

"particular parts of materials in the record" that reveal the absence of such a dispute.

Fed. R. Civ. P. 56(c)(1)(A); *see also Cox v. Ky. Dep't of Transp.*, 53 F.3d 146, 149 (6th Cir. 1995); *1064 Old River Rd., Inc. v. City of Cleveland*, 137 F. App'x 760, 764 (6th Cir. 2005). Here, Jones offers no support for the relief that she ostensibly seeks. *Cf. Thompson v. Ashe*, 250 F.3d 399, 405 (6th Cir. 2001) (holding that party opposing summary judgment may not rely solely on allegations in pleadings to discharge burden). Accordingly, Plaintiff Rima Jones' Motion for Summary Judgment (R. 32) is **DENIED.**

In addition, the Court **TAKES JUDICIAL NOTICE** that Megan J. Brennan succeeded Patrick R. Donahoe as Postmaster General. Therefore, the Clerk of the Court is **DIRECTED** to substitute Megan J. Brennan, Postmaster General, United States Postal Service, for Defendant Patrick R. Donahoe. *See* Fed. R. Civ. P. 25(d); *see also Mumford v. Basinski*, 105 F.3d 264, 273 (6th Cir. 1997) ("Federal Rule of Civil Procedure 25(d) provides for the automatic substitution of a successor public official upon the departure from office of a person named in official capacity litigation . . . .").

**IT IS SO ORDERED.**

Date:

cc:     Counsel of Record
        Plaintiff, *pro se*

2